1  RAYMOND M. BUDDIE    (SBN 121353)
2  RICK W. GRADY        (SBN 235976)
   PECKAR & ABRAMSON, P.C.
3  455 Market Street, 21st Floor
   San Francisco, CA 94105
4  Telephone: (415) 837-1968
5  Facsimile: (415) 837-1320

6  Attorneys for Defendants, AMERICAN CASUALTY CO. OF READING, PA; DICK
7  CORPORATION; DICK/MORGANTI, a joint venture; DICK/MORGANTI/NIBBI, a joint
   venture; MORGANTI TEXAS, INC.; and NATIONAL UNION FIRE INSURANCE
8  COMPANY OF PITTSBURGH, PA,

9                         UNITED STATES DISTRICT COURT
10                        NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, for the use and benefit of SMITH EMERY COMPANY,<br>12<br>13                    Plaintiff,<br>14<br>15  vs.<br>16  AMERICAN CASUALTY CO. OF READING, PA; DICK CORPORATION;<br>17  DICK/MORGANTI, a joint venture;<br>18  DICK/MORGANTI/NIBBI, a joint venture; MORGANTI TEXAS, INC.; and<br>19  NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br>20<br>21<br>22                    Defendants. | Case No.: 3:08-cv-00363-JCS<br><br>NOTICE OF SETTLEMENT |

23    Counsel for Plaintiff and Defendants in the above-captioned matter hereby jointly
24 provide the Court notice that the parties have reached a settlement agreement whereby,
25 assuming the satisfaction of certain conditions, this case will be dismissed, in its entirety and
26 with prejudice, on or before March 25, 2008. The parties request that this case be
27 administratively closed until such time that either the dismissal is filed, or one of the parties
28 notifies the Court that the settlement was not completed.

LAW OFFICES
Peckar &
Abramson                                        1
A Professional Corporation                NOTICE OF SETTLEMENT                       Case No.:
51353.01/4360-153100/P                                                         3:08-cv-00363-JCS

1  Dated: February 14, 2008                LAW OFFICES OF HOWARD GOODMAN

3                                          By: /s/ Howard Goodman
4                                          Howard Goodman
                                           Attorney for Plaintiff, UNITED STATES OF
5                                          AMERICA, for the use and benefit of SMITH
                                           EMERY COMPANY

7  Dated: February 15, 2008                PECKAR & ABRAMSON, P.C.

9                                          By: /s/
                                           Raymond M. Buddie (SBN 121353)
10                                         Rick W. Grady (SBN 235976)
11                                         Attorney for Defendants, AMERICAN
                                           CASUALTY CO. OF READING, PA; DICK
12                                         CORPORATION; DICK/MORGANTI, a joint
                                           venture; DICK/MORGANTI/NIBBI, a joint
13                                         venture; MORGANTI TEXAS, INC.; and
14                                         NATIONAL UNION FIRE INSURANCE
                                           COMPANY OF PITTSBURGH, PA

LAW OFFICES
Peckar &
Abramson
A Professional Corporation

51353.01/4360-153100/P

2
NOTICE OF SETTLEMENT

Case No.:
3:08-cv-00363-JCS