UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of SMITH EMERY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN CASUALTY CO. OF READING, PA; DICK CORPORATION; DICK/MORGANTI, a joint venture; DICK/MORGANTI/NIBBI, a joint venture; MORGANTI TEXAS, INC.; and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>Defendants. | Case No.: 3:08-cv-00363-JCS<br><br>**[PROPOSED] ORDER FOR ADMINISTRATIVE STAY PURSUANT TO NOTICE OF SETTLEMENT** |

The Court, having considered the NOTICE OF SETTLEMENT filed by Plaintiff and Defendants wherein the parties informed the Court that they have reached a settlement agreement whereby, subject to the satisfaction of certain conditions, this case will be dismissed in its entirety and with prejudice on or before March 25, 2008, orders that this case shall be administratively closed until such time that either a dismissal is filed or one of the parties notifies the Court that the settlement was not completed.

**IT IS SO ORDERED.**

Dated: _____, 2008      _____

Chief Magistrate Judge James Larson

1

[PROPOSED] ORDER FOR ADMINISTRATIVE STAY PURSUANT TO NOTICE OF SETTLEMENT

Case No.: 3:08-cv-00363-JCS

51413.01/4360-153100/P

LAW OFFICES
Peckar & Abramson
A Professional Corporation