| HOWARD GOODMAN          State Bar No.76570 | FOR COURT USE ONLY |
| 18321 VENTURA BLVD. SUITE 915 | |
| TARZANA, CA. 91356 | |
| Telephone: (818) 996-8903 | |
| Attorney for: PLAINTIFF     08012808 | |
| UNITED STATES DISTRICT COURT | CLER... |
| UNITED STATES VS NIBBI | |
| PROOF OF SERVICE | CV08-0363JCS |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of **SUMMONS AND COMPLAINT; CASE MANAGEMENT & ADR PACKAGES; REQUEST FOR REASSIGNMENT TO A U.S.D.C. JUDGE; LOCAL RULES.**

3. a. Party served:     **AMERICAN CASUALTY CO. OF READING, PA**
   b. Person served:    **C.T. CORPORATIONS SYSTEMS, AGENT, BY JESSICA CHAVEZ, PROCESS CLERK**

4. Where party was served: **818 W. SEVENTH STREET, 2ND FLOOR, LOS ANGELES, CA 90012**

5. I served the party   **a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party   on 01/28/08 at 1:45 pm**

6. The ``Notice to the Person Served''(on the summons) was completed as follows:
   c. on behalf of:
                AMERICAN CASUALTY CO. OF READING, PA
           under: CCP 416.10 (corporation)

7. Person who served papers:
   FRED N. SLOAN                        d. The fee for service was: $ 36.00
   F.S.A.S.                             (e)3. Registered Calif. Process Server
   10907 Magnolia Blvd.#131             (i)   I am an owner
   North Hollywood, CA 91601            (ii)  Reg.No. 780
   (818)202-8820                        (iii) County: LOS ANGELES

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: 01/29/08

                                                        FRED N. SLOAN

JUDICIAL COUNCIL FORM
POS-010(Rev.JAN.1,2007)      PROOF OF SERVICE