| HOWARD GOODMAN        State Bar No.76570 <br> 18321 VENTURA BLVD. SUITE 915 <br> TARZANA, CA. 91356 <br><br> Telephone: (818) 996-8903 <br> Attorney for: PLAINTIFF | | | | FOR COURT USE ONLY <br><br> FILED <br><br> CLER... <br> ...THERN... |
|---|---|---|---|---|
| | | | 08012806 | |
| UNITED STATES DISTRICT COURT | | | | |
| UNITED STATES VS NIBBI | | | | |
| PROOF OF SERVICE | | | | CV08-0363JCS |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of  **SUMMONS AND COMPLAINT; CASE MANAGE & ADR PACKAGES; REQUEST FOR REASSIGNMENT TO A U.S.D.C. JUDGE; LOCAL RULES.**

3. a. Party served:     **DICK CORPORATION**
   b. Person served:   **C.T. CORPORATIONS SYSTEMS, AGENT, BY JESSICA CHAVEZ, PROCESS CLERK**

4. Where party was served: **818 W. SEVENTH STREET, 2ND FLOOR, LOS ANGELES, CA  90012**

5. I served the party   **a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party**   on **01/28/08** at **1:45 pm**

6. The ``Notice to the Person Served''(on the summons) was completed as follows:
   c. on behalf of:
                  DICK CORPORATION
         under: CCP 416.10 (corporation)

7. Person who served papers:
   FRED N. SLOAN                              d. The fee for service was: $ 36.00
   F.S.A.S.                                   (e)3. Registered Calif. Process Server
   10907 Magnolia Blvd.#131                   (i)    I am an owner
   North Hollywood, CA 91601                  (ii)   Reg.No. 780
   (818)202-8820                              (iii)  County: LOS ANGELES

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: 01/29/08

                                                          FRED N. SLOAN

   JUDICIAL COUNCIL FORM
   POS-010(Rev.JAN.1,2007)      PROOF OF SERVICE