| | | | |
|---|---|---|---|
| HOWARD GOODMAN      State Bar No.76570<br>18321 VENTURA BLVD. SUITE 915<br>TARZANA, CA. 91356<br><br>Telephone: (818) 996-8903<br>Attorney for: PLAINTIFF | | 08012807 | FOR COURT USE ONLY<br><br>FILED<br>FEB 14 PM 12:49<br>[Clerk stamp]<br>DISTRICT COURT<br>CALIFORNIA |
| UNITED STATES DISTRICT COURT | | | |
| UNITED STATES VS NIBBI | | | |
| PROOF OF SERVICE | | | CV08-0363JCS |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of **SUMMONS AND COMPLAINT; CASE MANAGEMENT & ADR PACKAGES; REQUEST FOR REASSIGNMENT TO A U.S.D.C. JUDGE; LOCAL RULES.**

3. a. Party served:       **MORGANTI TEXAS, INC.**
   b. Person served:     **MELODY DOUGLAS, AUTHORIZED AGENT**

4. Where party was served: **350 N. SAM HOUSTON PARKWAY EAST, SUITE 121, HOUSTON, TX 77060**

5. I served the party     **a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party   on 02/04/08 at 11:20 am**

6. The ``Notice to the Person Served''(on the summons) was completed as follows:
   c. on behalf of:
                MORGANTI TEXAS, INC.
        under: CCP 416.10 (corporation)

7. Person who served papers:
   A. WILLIS

   F.S.A.S.
   10907 Magnolia Blvd.#131
   North Hollywood, CA 91601
   (818)202-8820

   d. The fee for service was: $ 121.00

   (e)3. Registered Calif. Process Server
   (i)    I am an independent contractor
   (ii)   Reg.No. 780
   (iii)  County: LOS ANGELES

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: 02/07/08                                    _____
                                                          A. WILLIS

JUDICIAL COUNCIL FORM
POS-010(Rev.JAN.1,2007)      PROOF OF SERVICE